**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7391

ANTHONY ANDREWS,

                                        Plaintiff - Appellant,

        versus

JAMES C. FOX, District Judge; MS. LIBBY, Staff
Attorney,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Malcolm J. Howard,
District Judge.  (CA-04-247-5-H)

Submitted:  March 13, 2006          Decided:  April 7, 2006

Before LUTTIG, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Anthony Andrews, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Anthony Andrews appeals the district court's orders denying his motions for reconsideration pursuant to Fed. R. Civ. P. 59(e) and 60(b). We have reviewed the record and find no reversible error. Accordingly, we deny the motions for abeyance as moot, deny the motion to recuse, and affirm on the reasoning of the district court. See Andrews v. Fox, No. CA-04-247-5-H (E.D.N.C. filed July 11, 2005 & entered July 14, 2005; filed Oct. 7, 2005 & entered Oct. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED